# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1278EM

_____

United States of America,       *
      *
      Appellee,       *     Appeal from the United States
      *     District Court for the Eastern
      v.       *     District of Missouri.
      *
Matthew Cox,       *       [UNPUBLISHED]
      *
      Appellant.       *

_____

Submitted: November 19, 1998
Filed: November 27, 1998

_____

Before RICHARD S. ARNOLD, FAGG, and HALL,* Circuit Judges.

_____

PER CURIAM.

Matthew Cox appeals his conviction and sentence for possession with intent to distribute cocaine base and being a felon in possession of a firearm. Cox raises several arguments related to the admission of evidence offered by the Government and the prosecutor's closing argument. Cox also raises an argument about his sentence. Because Cox's appeal involves the straightforward application of settled principles of law, we conclude that a discussion of the issues by the panel will serve no useful

_____

*The Honorable Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit, sitting by designation.

purpose.  We have carefully considered Cox's arguments and find them to be without merit.  We thus affirm Cox's conviction and sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.